# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FERNANDO IBARRA-GUTIERREZ, Defendant. | Case No. 17CR2372-MMA <br><br> **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** <br><br> [Doc. No. 51] |

Upon due consideration, good cause appearing, the Court **GRANTS** the United States' Motion to Dismiss the Information against Defendant FERNANDO IBARRA-GUTIERREZ without prejudice.

**IT IS SO ORDERED**.

DATE: December 2, 2019

HON. MICHAEL M. ANELLO
United States District Judge